USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1662 ARLENE SIMS FOSTER, Plaintiff, Appellant, v. WAL-MART STORES, INC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Cyr, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Arlene Sims Foster on brief pro se. __________________ E. Tupper Kinder and Nelson, Kinder, Mosseau & Gordon, P.C. on _________________ ________________________________________ brief for appellee. ____________________ March 3, 1997  ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. Appellant, Arlene Sims Foster, challenges only the district court's dismissal of her common law claim of wrongful discharge and her claim of intentional and negligent infliction of emotional distress. We affirm that dismissal essentially for the reasons stated in the district court's order of March 15, 1996. Affirmed. Loc. R. 27.1. _________ -2-